In the Matter of the Claim of CONSUELO PARDO, Respondent, against ERNEST MUCCINI et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Argued January 15, 1935; decided February 26, 1935.)

*Jeremiah F. Connor* and *Frederick Mellor* for appellants.
*John J. Bennett, Jr., Attorney-General* (*Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.